|  | IN THE DISTRICT COURT OF APPEAL |
|  | FIRST DISTRICT, STATE OF FLORIDA |

ANTHONY JEROME COOPER,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

Petitioner,

v.                                                        CASE NO. 1D16-2818

STATE OF FLORIDA,

Respondent.

_____/

Opinion filed October 13, 2016.

Petition for All Writs Jurisdiction -- Original Jurisdiction.

Anthony Jerome Cooper, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, and Trisha Meggs Pate, Bureau Chief, Tallahassee, for Respondent.

PER CURIAM.

Because it is apparent that the trial court has accepted and considered petitioner's Motion for Nonhomicide Sentence Review, the petition for writ of mandamus is dismissed as moot.

LEWIS, WETHERELL, and RAY, JJ., CONCUR.